BOB BLOCKER *v.* THE STATE.

CHARGE OF THE COURT. — An instruction is erroneous which conditions an acquittal upon any belief of the jury in the innocence of the accused. On the contrary, the law presumes his innocence until his guilt is established by competent evidence to the satisfaction of the jury, beyond a reasonable doubt.

APPEAL from the District Court of McLennan.	Tried below before the Hon. L. C. ALEXANDER.

The conviction was for burglary, and a term of two years in the penitentiary was assessed against the appellant.

No brief for the appellant.

*Thomas Ball*, Assistant Attorney-General, for the State.

WHITE, P. J.	The ninth paragraph of the charge of the court, which is complained of in the first subdivision of the assignment of errors, is clearly erroneous under the previous decisions of this court.	The language used is: "Unless all the material facts proven to your satisfaction lead to and establish the conclusion that the defendant is guilty of burglary as alleged, to the exclusion of a reasonable belief to the contrary, you must find the defendant not guilty."

A similar instruction, and almost *verbatim*, was passed upon by this court in the cases of *Smith* v. *The State, ante,* p. 150, and *Robertson* v. *The State, ante,* p. 209, decided at our late Austin term, and it was held that " it is not essential to an acquittal that the jury should entertain a reasonable belief, or any other kind of belief, that the defendant is not guilty, but the law presumes that he is not guilty until his guilt is established by competent evidence to the satisfaction of the jury, beyond a reasonable doubt ; " that " this presumption of innocence continues throughout the trial and until the return of a verdict of conviction, and it might often happen that a jury is required under the law and the evidence to return a verdict of acquittal when each member of the jury might reasonably believe that the defendant was not innocent." *McMillan* v. *The State,* 7 Texas Ct. App. 142.

Other errors are assigned, but they are not considered tenable, or likely to arise on another trial, and are therefore not discussed.

*Reversed and remanded.*